IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BEN BUTLER,

    Plaintiff,

v.

    CASE NO. CV410-121

ONEWEST BANK, FSB; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.; and JOHN DOES ONE THROUGH
TWENTY,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections have been filed (Doc. 15). After a careful de novo review of the record, the Court finds the Defendants' objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendants' Motion to Set Aside Temporary Restraining Order (Doc. 9) is **DENIED**.[1]

SO ORDERED this 25th day of March 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] This ruling only reaches the merits of the argument for dissolution presented in Defendants' Motion—lack of notice of the hearing in state court. In that regard, the Court concurs with the Magistrate Judge. However, should Defendants wish to offer any additional grounds for relief from the restraining order, they may file an appropriate motion.