FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV -7  PM 2: 12

CLERK_____
SO. DIST. O. GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BEN BUTLER,

    Plaintiff,

V.

ONEWEST BANK, FSB, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., and JOHN DOES 1
through 20 inclusive,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.
4:10-cv-00121-WTM-GRS

REMOVED FROM CHATHAM COUNTY
SUPERIOR COURT CASE NO.
CV10-0517-BA

## CONSENT ORDER GRANTING MOTION TO STAY LITIGATION

Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. ("Defendants") and Plaintiff Ben Butler ("Plaintiff"), by and through their undersigned counsels of record, seek to stay the current litigation to and through February 1, 2013 so as to complete the exploration of various settlement opportunities including, *inter alia*, a potential loan modification.  At the time of this filing, the Plaintiff has completed the initial submission process and the Plaintiff's loan is currently under processing for loan modification options.

Parties contend that resolving this matter by settlement would be mutual beneficial parties and therefore do not believe filing motions for summary judgment would be necessary or a practical use of judicial economy.  As the parties consent and

the Court finding that good cause exists to grant the Motion, it is hereby:

ORDERED that the consent Motion is GRANTED and current litigation is temporary stayed to and through February 1, 2013 to allow the parties to work in good-faith to process the subject loan for modification and explore various settlement opportunities.

FURTHER ORDERED that all subsequent deadlines thereafter are adjusted accordingly and parties will be allowed three (3) months of discovery starting February 4, 2013 should settlement not be reached.

DONE AND ORDERED at Savannah, Georgia this 7th day of November _____, 2012.

_____
Judge G. R. Smith
United States Magistrate Judge
Southern District of Georgia

[signatures on next page]