IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BEN BUTLER, | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | 4:10-cv-00121-WTM-GRS |
| V. | ) | |
| | ) | |
| ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and JOHN DOES 1 through 20 inclusive, | ) ) ) ) | REMOVED FROM CHATHAM COUNTY SUPERIOR COURT CASE NO. CV10-0517-BA |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT ORDER GRANTING THIRD MOTION TO STAY LITIGATION**

Defendants OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc. ("Defendants") and Plaintiff Ben Butler ("Plaintiff"), by and through their undersigned counsels of record, seek to stay the current litigation to and through August 22, 2013 so as to complete the exploration of various settlement opportunities including, *inter alia*, a potential "second look" loan modification.

Parties contend that resolving this matter by settlement would be mutually beneficial ~~parties~~ and therefore do not believe filing motions for summary judgment would be necessary or a practical use of judicial economy. As the parties consent and the Court finding that good cause exists to grant the Motion, it is hereby:

ORDERED that the consent Motion is GRANTED and current litigation is temporary stayed to and through August 22, 2013 to allow the parties to work in good-faith to process the subject loan for modification and explore various settlement opportunities.

FURTHER ORDERED that all subsequent deadlines thereafter are adjusted accordingly and parties will be allowed three (3) months of discovery starting August 22, 2013 should settlement not be reached.

FURTHER ORDERED that parties will submit a written status on loss mitigation efforts by August 22, 2013.

DONE AND ORDERED at Savannah, Georgia this __3rd__ day of __June__, 2013.

_____
Magistrate Judge G.R. Smith
United States Magistrate Judge
Southern District of Georgia

[signatures on next page]

DRAFTED AND CONSENT TO BY:


/s/ John D. Andrle
Frank R. Olson
Georgia Bar No. 553077
John D. Andrle
Georgia Bar No. 488330
MCCURDY & CANDLER, LLC
Attorneys for Defendant OneWest Bank, FSB
and Defendant Mortgage Electronic
Registration Systems, Inc.

Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
(404) 214-5829 direct
(678) 891-5769 direct fax
jandrle@mccurdycandler.com


CONSENTED TO BY:

/s/ J. Scott Vaughan
SCOTT VAUGHAN
Georgia Bar No.: 726060
Attorney for Plaintiffs
Royal & Vaughan, PC
P.O. Box 14664
Savannah, GA 14664
Phone: (912) 351-0084

DISTRIBUTION LIST

Scott Vaughn
Royal & Vaughan, PC
P.O. Box 14664
Savannah, GA 14664

John D. Andrle
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305