IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BEN BUTLER,<br><br>    Plaintiff,<br><br>v.<br><br>ONEWEST BANK FSB, a FEDERAL SAVINGS BANK f/k/a INDYMAC BANK FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JOHN DOES 1 THROUGH 20 INCLUSIVE,<br><br>    Defendants. | Civil Action File No.<br>4:10-CV-00121-WTM-GRS |

## PROPOSED ORDER ON SUBSTITUTION OF COUNSEL

This matter, having come before this Court on Defendants OneWest Bank FSB, a Federal Savings Bank f/k/a IndyMac Bank FSB ("OneWest") and Mortgage Electronic Registration Systems, Inc.'s ("MERS") Notice of Substitution of Counsel and being fully advised in the premises, it is hereby ORDERED that Frank R. Olson and John D. Andrle of the firm McCurdy & Candler, LLC are withdrawing from the representation of Defendants and Jonathan E. Green of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. is being substituted in to this case as counsel.

The Court finds that the proposed Notice is otherwise proper and, accordingly, directs the Clerk to file both the Notice and this Order into the record of the case and to reflect the change in counsel in that record.

It is hereby Ordered that Defendants' Motion for Substitution of Counsel is GRANTED.

SO ORDERED, this 20th day of November, 2013.

_____
Magistrate Judge G. R. Smith
United States Court for the
Southern District of Georgia,
Savannah Division

Order Prepared by and Consented to by:

/s/Jonathan E. Green
Jonathan E. Green
Georgia Bar No. 307053
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501
jegreen@bakerdonelson.com

/s/ John D. Andrle
Frank R. Olson
Georgia Bar No. 553077
John D. Andrle
Georgia Bar No. 488330
**McCurdy & Candler LLC**
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305
Phone: (404) 373-1612
Facsimile: (404) 373-2471