# United States District Court
## *Southern District of Georgia*

Ben Butler,

                                                  JUDGMENT IN A CIVIL CASE

            V.                             CASE NUMBER: CV410-121,

Onewest Bank, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/28/14, granting defendants' motion for judgment on the pleadings, judgment is hereby entered dismissing the complaint.



8/28/14
Date

Scott E. P_____
Clerk

(By) Deputy Clerk